IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KALERA, INC.,[1] | § | Case No. 23-90290 (DRJ) |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), David W. Parham of Akerman LLP hereby enters his appearance in the above-referenced Chapter 11 case as counsel to Sandton Capital Solutions Master Fund V, L.P., ("DIP Lender") and hereby requests that all notices given or required in these Chapter 11 Cases, and all documents, and all other papers served in the Chapter 11 Cases, be given to and served upon the undersigned counsel listed below:

| | |
|---|---|
| David W. Parham | D. Brett Marks |
| R. Adam Swick | **AKERMAN LLP** |
| Laura M. Taveras | 201 East Olas Blvd |
| **AKERMAN LLP** | Suite 1800 |
| 2001 Ross Avenue | Fort Lauderdale, FL 33301 |
| Suite 3600 | (954) 463-2700 |
| Dallas, Texas 75201 | (954) 463-2224 Fax |
| (214) 720-4300 | brett.marks@akerman.com |
| (214) 981-9339 Fax | |
| david.parham@akerman.com | |
| adam.swick@akerman.com | |
| laura.taveras@akerman.com | |

---

[1] The last four digits of the Debtor's federal tax identification number is 7838. The Debtor's mailing address is Kalera, Inc., Gateway Business Center 23, 18000 East 40th Avenue, Aurora, CO 80011.

69646661;1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their Chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive DIP Lender's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which DIP Lender is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys respectfully request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Cases.

Dated: April 4, 2023

Respectfully submitted,

**AKERMAN LLP**

*/s/ David W. Parham*
David W. Parham, SBN: 15459500
R. Adam Swick, SBN: 24051794
Laura M. Taveras, SBN: 24127243
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:	(214) 720-4300
Facsimile:	(214) 981-9339
david.parham@akerman.com
adam.swick@akerman.com
laura.taveras@akerman.com

-and-

D. Brett Marks (*pro hac vice to be filed*)
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-2229
Telephone:	(954) 463-2700
Facsimile:	(954) 463-2224
brett.marks@akerman.com

*Counsel for DIP Lender, Sandton Capital Solutions Master Fund V, L.P.,*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2023 a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties of record.

*/s/ David W. Parham*
David W. Parham