IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| | § | Chapter 11 |
| KALERA INC., | § § | Case No. 23-90290 (DRJ) |
| Debtor. | § § | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES, PLEADINGS, AND ORDERS**

PLEASE TAKE NOTICE THAT the undersigned counsel, as proposed counsel to the Official Committee of Unsecured Creditors of Kalera, Inc. (the "Committee"), files this Notice of Appearance and Request for Notices (the "Notice"), and respectfully requests that all notices given or required to be given in these proceedings and all papers served or requested to be served in these proceedings be served upon the undersigned individuals at the following addresses:

> Basil A. Umari
> Nicholas Zugaro
> Dykema Gossett PLLC
> 5 Houston Center
> 1401 McKinney Street, Suite 1625
> Houston, Texas  77010
> Telephone:  (713) 904-6900
> bumari@dykema.com
> nzugaro@dykema.com

> Alexandria R. Rahn
> Dykema Gossett PLLC
> 1717 Main Street, Suite 4200
> Dallas, Texas  75201
> Telephone:  214-462-6400
> Facsimile:  214-462-6401
> arahn@dykema.com

PLEASE TAKE FURTHER NOTICE that this request includes all notices and papers referred to in the Bankruptcy Rules and also includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleadings or request, formal or informal, whether conveyed by mail, email, telephone or otherwise, including motions to shorten or extend time, even if such motions are permitted to be made without notice to parties not specifically requesting same.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the Committee's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 27, 2023

                                  **DYKEMA GOSSETT LLP**

By: */s/ Basil A. Umari*
     Basil A. Umari
     TX State Bar No. 24028174
     S.D. Tex. Id. 30472
     Nicholas Zugaro
     TX State Bar No. 24070905
     S.D. Tex. Id. 1054893
     5 Houston Center
     1401 McKinney Street, Suite 1625
     Houston, Texas 77010
     Telephone: (713) 904-6900
     nzugaro@dykema.com
     bumari@dykema.com

     and

     **Dykema Gossett PLLC**
     Alexandria R. Rahn
     TX State Bar No. 24110246
     S.D. Tex. Id. 3708968
     1717 Main St., Suite 4200
     Dallas, Texas 75201
     Telephone: (214) 462-6400
     Facsimile: (214) 462-6401
     arahn@dykema.com

     **PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF KALERA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of April 2023, the foregoing Notice was filed with the Court and served via the Court's CM/ECF system to all of the parties registered to receive such notice, including the parties listed below

**COUNSEL FOR THE DEBTOR:**
Elizabeth A. Green
Baker & Hostetler LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801
VIA ECF Noticing

**UNITED STATES TRUSTEE**:
Andrew Jimenez
Jayson B. Ruff
Office of the US Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
VIA ECF Noticing

                                                    */s/ Basil A. Umari*
                                                      Basil A. Umari