# EXHIBIT A



**Please Remit to:**
**Reid Collins & Tsai LLP**
**1301 S Capital of Texas Hwy**
**Building C, Suite 300**
**Austin, Texas  78746**
**Main:  512.647.6100**
**Fax:  512.647.6129**

Tax ID No. 27-1333576

| **Bill To:** | | **Invoice Date:** | 11/21/2023 |
|---|---|---|---|
| The Official Committee of Unsecured Creditors of Kalera, Inc. Turrati North America, Inc., Chair P.O. Box 1848, Salinas, CA 93902 Attn: Masoud Vaghefi | | **Invoice No.:** | 7197 |

**RE:  Pre-Suit Claims Investigation**

| Billing Through | Due Date: | Our File # |
|---|---|---|
| 10/31/2023 | 11/21/2023 | 1393.002 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| | | PROFESSIONAL FEES | | | |
| 10/25/2023 | JHW | Review joint disclosure statement and plan; research release and exculpation issues; emails with client re same. | 2.8 | 750.00 | 2,100.00 |

| **Total** | $2,100.00 |
|---|---|